IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYSTEMATION, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:11-cv-00142-LPS |
| ) | |
| HART & COOLEY, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER FOR PRELIMINARY INJUNCTION

This cause came on to be heard on plaintiff's motion for a preliminary injunction and the Court having considered the pleadings, the affidavits submitted in support of said motion and in opposition thereto, and having heard oral evidence in open Court, the Court having rendered findings of fact and conclusions of law ~~dated~~ in Court on April 20, 2011, it is

ORDERED, that defendant, its officers, agents, servants, employees, and attorneys, and all persons in active concert and participation with them who receive actual notice of this order by personal service or otherwise, be and they hereby are restrained and enjoined, pending the determination of this action, from the further manufacture, use, sale or offering for sale of the QUICKORNER angle plate or any colorable imitation thereof.

Dated: April 20, 2011

_____
United States District Judge

4229683